UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DON FILLEY, LEONARD SCHAFER, JOSEPH
BUCKER, and STANLEY QUIMBY,

    Plaintiffs,

v.

AMERICAN AXLE & MANUFACTURING
HOLDINGS, INC., AMERICAN AXLE &
MANUFACTURING, INC., AND AMERICAN
AXLE & MANUFACTURING OF MICHIGAN, INC.,

    Defendants.

Case No. 14-cv-01194

Hon. Robert J. Jonker

_____/

WRUBLE & ASSOCIATES
By: Stanley F. Wruble III (P58151)
315 North Main Street
South Bend, Indiana 46601
(574) 282-2200
stan@wrublelaw.com

*Counsel for Plaintiffs*

KIENBAUM OPPERWALL
  HARDY & PELTON, P.L.C.
By: William B. Forrest III (P60311)
     Thomas J. Davis (P78626)
280 N. Old Woodward Avenue
Suite 400
Birmingham, MI  48009
(248) 645-0000
wforrest@kohp.com
tdavis@kohp.com

*Counsel for Defendants*

_____/

**<u>STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs Don Filley, Leonard Schafer, Joseph Bucker, and Stanley Quimby have agreed to voluntarily dismiss this action with prejudice, and the Defendants concur in the dismissal. The parties agree that each side shall bear their own costs and fees.

Respectfully submitted,

| WRUBLE & ASSOCIATES | KIENBAUM OPPERWALL HARDY & PELTON, P.L.C. |
|---|---|
| By:/s/Stanley F. Wruble III_____ | By:/s/Thomas J. Davis (with permission) |
| Stanley F. Wruble III (P58151) | William B. Forrest III (P60311) |
| 315 North Main Street | Thomas J. Davis (P78626) |
| South Bend, Indiana 46601 | 280 N. Old Woodward Avenue |
| (574) 282-2200 | Suite 400 |
| stan@wrublelaw.com | Birmingham, MI  48009 |
|  | (248) 645-0000 |
|  | tdavis@kohp.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |
| Dated:  September 1, 2015 | Dated:  September 1, 2015 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2015, I caused the foregoing Stipulated Voluntary Dismissal With Prejudice to be electronically filed with the Clerk of the Court using the ECF system.

        WRUBLE & ASSOCIATES

        By:/s/Stanley F. Wruble III
        Stanley F. Wruble III (P58151)
        315 North Main Street
        South Bend, Indiana 46601
        (574) 282-2200
        stan@wrublelaw.com

        *Counsel for Plaintiffs*

        Dated:  September 1, 2015